UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RODARIUS GRIMES,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:25-cv-01207-ACA-HNJ |
| **WILLIAM E. DONALDSON, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

In January 2026, the magistrate judge entered a report recommending the dismissal of this action based on Plaintiff RoDarius Grimes's failure to prosecute. (Doc. 11). Although the magistrate judge advised Mr. Grimes of his right to file specific written objections within fourteen days, the court has not received any objections.

Mr. Grimes's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendations. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** based on Mr. Grimes's failure to prosecute his claims.

**DONE** and **ORDERED** this February 24, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE